Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

UNITED STATES DISTRICT COURT

for the

_____ District of _____

_____ Division

FILED BY_____D.C.

JUN 12 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Jennifer Perez a.k.a. Jennifer Dwyer

_____

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

Paul Grant Dwyer, Esq
Evin M. Daly, GAL
Judge Manno-Schurr

_____

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names. Do not include addresses here.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ✓ Yes ☐ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Page 1 of 6

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Jennifer Perez a.k.a Jennifer Dwyer |
| Address | 730 SW 10th Street Apt # 3 |
| | Miami, FL 33130 |
| | *City / State / Zip Code* |
| County | Dade |
| Telephone Number | (786) 458-2672 |
| E-Mail Address | dwyerjenni@gmail.com |

   B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Paul Grant Dwyer a.k.a. Grant Dwyer |
| Job or Title *(if known)* | Criminal Attorney 4770 Biscayne Blvd STE 1250, Miami, Fl 33137 |
| Address | 1060 W. 47th ST |
| | Miami, FL 33140 |
| | *City / State / Zip Code* |
| County | Dade |
| Telephone Number | (305) 215-7586 |
| E-Mail Address *(if known)* | Grant@grantdwyerlaw.com, grantdwyer75@gmail.com |

[✓] Individual capacity    [ ] Official capacity

Defendant No. 2

| | |
|---|---|
| Name | Evin M. Daly |
| Job or Title *(if known)* | (GAL) |
| Address | 226 NW 93rd Street, Miami Shores, FL 33150 |
| | Miami Shores, FL 33150 |
| | *City / State / Zip Code* |
| County | Dade |
| Telephone Number | (561) 654-8245 |
| E-Mail Address *(if known)* | evindaly@yahoo.com |

[ ] Individual capacity    [✓] Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. 3
  Name: Judge Valerie Manno-Schurr
  Job or Title *(if known)*:
  Address: 73 W Flager St # 1105
    City: Miami   State: FL   Zip Code: 33130
  County: Dade
  Telephone Number: 305 349-7020
  E-Mail Address *(if known)*: per Daniela JA she is not able to give that information pls phone

  [ ] Individual capacity   [✓] Official capacity

Defendant No. 4
  Name:
  Job or Title *(if known)*:
  Address:
    City:   State:   Zip Code:
  County:
  Telephone Number:
  E-Mail Address *(if known)*:

  [ ] Individual capacity   [ ] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

  [ ] Federal officials (a *Bivens* claim)

  [✓] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

  29 U.S.C § 794, 42 U.S.C. § 12131-12134, Section 504, of the Rehabilitation Act of 1973 (section 504) and Title II of the ADA, 42 U.S.C. § 12132, 42 U.S.C § 12131 (1) (A), (B); 28 C.F.R § 35.130 (b) (1), title III of the ADA, 42 U.S.C § § 12181-12189, 29 U.S.C. § 794 (a) see e.g. 28 C.F.R § 42. 105; 45 C.F.R. § 84.5  see grove City College v. Bell, 465 U.S. 555, 564 (1984), 29 U.SC. § 794 (b), see e.g. 45 C.F.R § 28 C.F.R. § 35. 130 (b) see also 28 C.F.R. pt 35, App. B, School Board of Nassau county v.

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

IV. **Injuries** – (My son GMD minor has suffered plenty I also want to ask relief for his Amendments Ignored my ADA rights, violated my Constitutional, Civil Rights #7, 14, #5

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Seizures went up due to court custody battle. and not seeing my child, $5,000 dollars paperwork, copies, appeals 3D18-1931, 3D19-2111 USSC 50-1959 (cert. denied)

Battled melanoma and O.C. and Mr. Dwyer were trying to force me into a deposition although I stated I could not for the month of September as I was finishing surgery. 2019

Went into the Trauma Resolution Crisis Center for the crimes and trauma committed against me, I have attended private and group classes.

See/saw my psychiatrist every month was accused of never being on medication and or neurological compliance by Mr. Dwyer, Gal and Judge Manno-Schurr.

In therapy with Paula Laufer after losing my son I feel physically alive and emotionally dead, and being accused of coaching your child sexually is a damage for a lifetime, especially when other children heard it in Gm's classroom.

Neuroevaluation done and completed. (Psychoeval. attached)

V. **Relief** Wherefore, I, Jennifer Perez a.k.a. Jennifer Dwyer ask in" actions" pray for the sum of $2 million dollars, and seek relief to which the further court may deem appropriate.

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

(1) Violation of my ADA, Pretended I did not take my medicine to take away my son, accussed me of having illnesses I do not have.
(2) Psychological Scars (4) Parental Alienation
(3) Defamation. (Torts) (5) Civil Rights #7, 14, 5 violated Due Process

[$2 million dollars] Actual Damages = Defendants↓ Paul G. Dwyer, Evin Daly, GAL Judge Manno-Schurr

(6) Caused Intentiontion infliction of Emotional distress; I suffered fright horror, grief, shame, humilation, embarrassment, anger, chagrin disappointment, worry fear that I will never see GMD again, (who has been legally kidnapped under fraudlant pretenseo. (7) Negligence
(8) Mr. Dwyer violated chapter 119 florida statute investigation of our son. (10) Unable to proceed with 768.28(a) because I have no custody.
(9) * Our son's 504, IEP were thrown out, I was made to seem GMD never had (disabilites of any kind). and like I never filed a police report.

Page 5 of 6

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

    D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

18 U.S. Code § 242 Deprivation of rights under color of law, Constitutional Torts, Ada violations, 29 U.S.C § 794, 42 U.S.C. § 12131-12134, Section 504, of the Rehabilitation Act of 1973 (section 504) and Title II of the ADA, 42 U.S.C. § 12132, 42 U.S.C § 12131 (1) (A), (B); 28 C.F.R § 35.130 (b) (1), title III of the ADA, 42 U.S.C § § 12181-12189, 29 U.S.C. § 794 (a) see e.g. 28 C.F.R § 42. 105; 45 C.F.R. §

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

    A.    Where did the events giving rise to your claim(s) occur?

The Lawson Thomsan Courthouse 175 NW, Miami Fl

From August 25, 2018 Family Division - Judge Manno- Schurr used the case from Judge Vizcaino to manipulate and changed facts into false allegations, Mr. Dwyer, Esq- intervened as 3rd party from Judge Vizcaino to Judge Manno-Schurr to purposely open a fake Emergency accussing me as a mother that never existed of being a imminent danger to my son, The GAL Evin M. Daly and sexually coaching him, due to my ADA disabilities.

    B.    What date and approximate time did the events giving rise to your claim(s) occur?

August 31, 2018 at 9:30 at Lawson Courthouse room Thomson 21-C, first temporary lost my child then permantantly 10/11/19

    C.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

My son and I were broken apart because I defended GM since 05/16/2018 him when he came forward with his sexual abuse allegations case. I believed him and it was a child on child case It became factual when other children heard him as well I reported the school South Pointe to the school police, I opened up the domestic violence and sexual abuse order was granted by Judge Vizcaino. My ex-husband did not want anything to do with the case per Judge Vizcaino so he ignored my son and I my son spoke about his sexual abuse and we had the Gal assigned to us Mr. Evin Daly by Judge Vizcaino. He intervened when our son GM reported the truth against him and how he had been sexually abused at daddy's home and how he is scared of his father Mr. Dwyer, told Mr. Daly in his first gal report took my son's testimony who stated he wanted to live with me and visit his dad, our dog snowball had also been sexually abused, all of a sudden when Mr. Dwyer found out that GM was scared of him he immediately filed an emergency order to suspend my rights as a mother and as stated above, Mr. Dwyer, the gal and Judge Manno-Schurr destroyed GM and I. with a "NO CONTACT ORDER". all rigged reports and not any of the allegations I asked to be upheld were, no evidence, prejudicial.

Page 4 of 6

Violations of the U.S.C. statutes, Civil Rights Violations, ADA violations, Constitutional Torts, Defamation, Intentional Torts, Malicious Prosecution and Negligence against my child GMD a minor who was sexually abused transcript is included within complaint from Judge Diana Vizcaino's courtroom and I as the Plaintiff Jennifer Perez GMD's mother whose parental rights were terminated on the above basis in transcript of Judge Manno-Schurr's courtroom also included as evidence attachment within complaint, please note I do have the non-jury audio from our trial as I was not allowed per Judge Manno-Schurr a Jury trial and or a court reporter and Mr. Dwyer promised one scheduled for October 11, 2019, non was provided reason I started recording, I did motion the 3rd DCA to please allow

With Complaint attachments

1

Attached 1983

for other

*With complaint Section D*

me to introduce the non-jury audio to show how the Final Judgment violated the above rights, and my amendments # 14, #5, # 7.

1. **Civil Rights Conspiracy 18 U.S.C. 241 Conspiracy Against Rights – Section 241** makes it unlawful for two or more persons to agree to injure, threaten, or intimidate a person in the United in the free exercise or enjoyment of any right or privilege secured by the Constitution or laws of the United States or because of his or having exercised such a right. "It is punishable by up to ten years imprisonment unless the government proves aggravating factor (such as that the offense involve kidnapping, aggravated, sexual abuse or resulted in death)."

2. "Florida Statutes Chapter 744 – Guardianship Statue 744.474 Reasons for removal of guardian. A guardian may be removed for any of the following reasons and the removal shall be in addition to any other penalties prescribed by law. (1) Fraud in obtaining her or his appointment. (3) Abuse of his or her Powers. (5) Failure to comply with any order of the court. (13) A material failure to comply with the guardianship report by the guardian. (14) A failure to comply with the rules for timely filing the initial and annual guardianship reports

3. Under Section 787.01 of the Florida Statutes imposes serious criminal penalties for kidnapping another person. The term "kidnapping" is defined under Florida's statute as using force, a threat of force, or acted secretly to imprison, abduct or confine another or her will."

4. "The Victims of Child Abuse Act of 1990 (VCAA) (18 U.S.C. statue 3509) was enacted in response to the alarming increase in reports of suspected child abuse cases made each year. In such cases because the investigation and prosecution of child abuse is extremely complex, too often the system has not paid enough attention to the needs and welfare of the child victim, thus aggravating the trauma that the child victim had already experienced. Therefore, in order to address this, the VCAA provided, inter alia, authorization for training and technical assistance to judges, attorneys and others involved in state and federal court child abuse case; requires certain professionals to report suspected cases of child abuse under federal jurisdiction and amends the United States criminal code to ensure protection of children(s) rights in court and throughout the criminal justice system. The attorney General Guidelines for Victim and Witness Assistance 2000 state that the primary goal of every Justice Department Law Enforcement officer, investigator, prosecutor, victim, witness, professional

2

*With Complaint* ①

and staff member shall be to reduce the trauma to child victims". To that end, Justice Department personnel are required to provide child victims with referrals for services.

5. "The expert testimony psychologist licensed under requirements of this chapter. 490 subsections apply only to criminal "child abuse" neglect cases pursuant to Chapter 39 and cases involving sexual battery of a child pursuant to chapter 794 not to Family court cases".

6. 18 U.S.C. 1589 Forced Labor "Section 1589 makes it unlawful to knowingly provide or obtain the labor or services of a person through one of the following prohibited means: a. Force, physical restraint, to the victim or another b. Serious harm or threats of serious harm to victim or another c. Abuse or threatened abuse of law or legal process d. Any scheme, plan or pattern intended to cause victims to believe that the victim to believe that the victim or another would suffer serious harm or physical restraint if /she did not perform labor/services. Section 1589 also makes it a crime to benefit, financially or by receiving anything of value, from a venture that has engaged in conduct described in the paragraph above, knowing or in reckless disregard that the venture has provided or obtained the labor or services of a person using any of the list prohibited means. The statute specifies that "serious harm" may include physical or nonphysical harm, including psychological, financial or reputational harm that is sufficiently serious to compel a reasonable person of the same background and circumstances as the victim to perform the labor or service in order to avoid the harm.

7. 18 U.S. Code § 242 Deprivation of rights under color of law

8. Constitutional Tort(s) Amendments # 14, #5, #7

9. Ada violations, 29 U.S.C § 794, 42 U.S.C. § 12131-12134, Section 504, of the Rehabilitation Act of 1973 (section 504) and Title II of the ADA, 42 U.S.C. § 12132, 42 U.S.C § 12131 (1) (A), (B); 28 C.F.R § 35.130 (b) (1), title III of the ADA, 42 U.S.C § § 12181-12189, 29 U.S.C. § 794 (a) see e.g. 28 C.F.R § 42. 105; 45 C.F.R. § 84.5 see grove City College v. Bell, 465 U.S. 555, 564 (1984), 29 U.SC. § 794 (b), see e.g. 45 C.F.R.§ 28 C.F.R. § 35. 130 (b) see also 28 C.F.R. pt 35, App. B, School Board of Nassau county v. Airline, 480 U.S. 273, 285 (1987), etc.,

10. Violation of Chapter 119 under Florida Statute school investigation of my son's sexual abuse that happened in his school by the same minor from South Pointe Elementary JM intercepted by his father for 2 years and 9 ¾ of a month and the same minor sexually abused our child at his father's house Mr. Dwyer during

3

playdates with JM about 50-60xs where our son and the dog was sexually abused and Negligence per Mr. Dwyer , and Mr. Dwyer pretended I lived with him in order to intercept the school mail and sexual complaint abuse investigation against the principal, Melanie Fishman, Sonia Sachelli, teacher for the 4th grade, and Jessica Fremson the counselor who my son disclosed his sexual and physical abuse to. Mr. Dwyer actions have been reported to the school board members and the superintendent Alberto Carvalho Mr. Dwyer sent the interception paperwork to me in an email stating it is over "Jenn", on October 12, 2019 after the trial on October 11, 2019.

11. Violation of my son's needs for his IEP and 504 regarding his emotional disabilities (309.81/F43.10) Posttraumatic Stress Disorder, (309.89/43.8) Other specified trauma – and stressor – related disorder, (314.01/ F90.2) Attention-deficit/hyperactivity disorder, Combined presentation, (313.81/F91.3) Oppositional Defiant Disorder.

With Complaint
(not achnet)

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 06/11/20

Signature of Plaintiff: [signature]

Printed Name of Plaintiff: Jennifer Perez a.k.a. Jennifer Dwyer

### B. For Attorneys

Date of signing:

Signature of Attorney:

Printed Name of Attorney:

Bar Number:

Name of Law Firm:

Address:

City / State / Zip Code

Telephone Number:

E-mail Address: